United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10-5    20 07
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:06:CR269(MRK) |
| | : | |
| v. | : | |
| | : | |
| DANIEL MANDONADO | : | |

## FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the captioned matter to me by Judge Mark R. Kravitz, with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held in open court and on the record, including the answers given by the defendant under oath, on the record, and in the presence of counsel; and the remarks of the Assistant United States Attorney, I

(1) FIND that the defendant is competent to plead; that defendant knows his right to trial; that he knows what the maximum possible sentence is; that the sentencing guidelines apply; that there is a factual basis for the defendant's plea; that he has knowingly and intelligently waived his right to trial by jury and related rights; and that the plea of guilty to the charge by this defendant has been knowingly and voluntarily made and not coerced, and

(2) RECOMMEND to Judge Kravitz that the defendant's plea of guilty to the charge be accepted.

It is SO ORDERED.

ENTERED at Bridgeport, Connecticut, this 5th day of October 2007.

_____
William I. Garfinkel
United States Magistrate Judge